```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THE TRAVELERS INDEMNITY COMPANY,                             :
                                        Plaintiff,           :
                                                             :     21 Civ. 2510 (LGS)
                  -against-                                  :
                                                             :            ORDER
JAVIER PATINO et al.,                                        :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for May 13, 2021, at 11:00 a.m.

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan by May 6, 2021.

WHEREAS, the parties did not their joint letter and proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on May 10, 2021**. If Defendants refuse to cooperate in the preparation of these documents, <u>Plaintiff shall prepare and file them</u>. If Plaintiff is not in communication with Defendants, as soon as possible and no later than **noon on May 10, 2021**, Plaintiff shall file a letter (i) summarizing its efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

Dated: April 27, 2021
       New York, New York

                                                _____
                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE