```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THE TRAVELERS INDEMNITY COMPANY,                             :
                                    Plaintiff,               :
                                                             :      21 Civ. 2510 (LGS)
              -against-                                      :
                                                             :            ORDER
JAVIER PATINO et al.,                                        :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 12, 2021, Plaintiff filed an affidavit of service (Dkt. No. 12) stating that Defendant ASNF, LLC ("ASNF") was served on May 6, 2021.

WHEREAS, ASNF was required to respond to the Complaint by May 27, 2021.

WHEREAS, ASNF has not appeared in this case and has not timely responded to the Complaint.

WHEREAS, a Certificate of Default was entered against ASNF on June 16, 2021. It is hereby

**ORDERED** that, if ASNF continues to fail to appear, Plaintiff shall move for default judgment pursuant to Attachment A of the Court's Individual Rules by **September, 23, 2021**. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on ASNF, and shall file an affidavit of service no later than **September 30, 2021**.

Dated: September 17, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**