UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
THE TRAVELERS INDEMNITY COMPANY,        :
                              Plaintiff,        :
                                                          :                21 Civ. 2510 (LGS)
            -against-                                 :
                                                          :                ORDER
JAVIER PATINO et al.,                           :
                              Defendants.   :
------------------------------------------------------------ :
                                                          X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 11, 2021, Plaintiff filed an affidavit of service (Dkt. No. 40)

stating that Defendant ASNF, LLC ("ASNF") was served on October 1, 2021.

WHEREAS, ASNF has not appeared in this case and has not timely responded to the

Complaint.  It is hereby

**ORDERED** that Plaintiff shall move for default judgment pursuant to Attachment A of

the Court's Individual Rules by **November 12, 2021**.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on ASNF, and shall file an

affidavit of service no later than **November 10, 2021**.

Dated:  November 3, 2021
             New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE