```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  THE TRAVELERS INDEMNITY COMPANY,                            :
                              Plaintiff,                      :
                                                              :     21 Civ. 2510 (LGS)
                 -against-                                    :
                                                              :           ORDER
  JAVIER PATINO et al.,                                       :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order, a pre-motion conference is scheduled for December 9, 2021 at 11:00 a.m. (Dkt. No. 24).

WHEREAS, on November 24, 2021, Plaintiff filed a pre-motion letter in anticipation of a motion for summary judgment (Dkt. No. 48), and on November 26, 2021, Defendant Patino filed a pre-motion letter in anticipation of a cross-motion for summary judgment on his counterclaim (Dkt. No. 51).

WHEREAS, by Order dated November 29, 2021, a briefing schedule was set for the summary judgment motions.  It is hereby

**ORDERED** that the case management conference scheduled for December 9, 2021, is **CANCELLED**.

Dated: December 2, 2021
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**