UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE TRAVELERS INDEMNITY COMPANY,                            :
                  Plaintiff                       :
                                                            :    21 Civ. 2510 (LGS)
           -against-                                    :
                                                            :    <u>ORDER</u>
JAVIER PATINO et al.,                                       :
                  Defendant.                      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by order dated December 7, 2021 (Dkt. No. 60), Defendant ASNF, LLC was directed to appear for a show cause hearing on January 12, 2022, at 4:30 p.m. It is hereby

       **ORDERED** that the January 12, 2022 show cause hearing is **adjourned *sine die***, pending the adjudication of the parties' cross motions for summary judgment.

Dated: January 10, 2022
       New York, New York

                                                                                **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**