UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                Plaintiff,

   -against-                                    21 **CIVIL** 2510 (LGS)

                                                      **<u>JUDGMENT</u>**

JAVIER PATINO, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2022, Travelers's motion for summary judgment is granted. Patino's motion for summary judgment is denied. Travelers has no coverage obligation to ASNF under the Travelers Policy or the Umbrella Policy in connection with the Underlying Action. Travelers has no duty to pay the judgment obtained against ASNF in the Underlying Action. Judgment is entered in favor of Travelers and against Patino and ASNF. Travelers's applications for a pre-motion conference for proposed motions to strike materials that Patino submitted on this motion are denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      August 30, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                     **Clerk of Court**

                                                  **BY:**   *K. Mango*

                                                                    _____
                                                                     **Deputy Clerk**